ORIGINAL

1  DEVIN DERHAM-BURK #104353
   CHAPTER 13 STANDING TRUSTEE
2  P O BOX 50013
   SAN JOSE, CA 95150-0013
3
   Telephone: (408) 354-4413
4  Facsimile: (408) 354-5513

5  Trustee for Debtors

**FILED**

AUG - 8 2011

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

6

7

8                UNITED STATES BANKRUPTCY COURT
                 NORTHERN DISTRICT OF CALIFORNIA
9                     SAN JOSE DIVISION

10

11 In Re:                          )  Chapter 13
                                   )
12 JUAN J LARES                    )  Case No. 07-53556 CN
                                   )
13 DIANA O LARES                   )  **NOTICE OF UNCLAIMED DIVIDEND**
                                   )
14            Debtors              )
                                   )
15 _____)

16 TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

17     Pursuant to Federal Rule of Bankruptcy Procedure 3011, the Trustee in the above
   referenced case hereby turns over to the Court, Check # 2495260 for an unclaimed dividend
18 in the amount of $11.01. The name and address of the claimant entitled to the unclaimed
19 dividend is as follows;

20         JUAN J LARES
           DIANA O LARES
21         741 TALBOT DR
           HOLLISTER, CA 95023
22

23

24 Dated: August 02, 2011            _____
                                     DEVIN DERHAM-BURK, TRUSTEE
25

26

27

28